IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HICA EDUCATION LOAN CORP., by and through its agent SALLIE MAE, INC.,<br><br>    Plaintiff<br><br>    v.<br><br>RUBEN A. PEREZ BARRETO,<br><br>    Defendant | CIVIL NO. 06-1750 (JP) |

**FINAL JUDGMENT**

The Court has before it Plaintiff's "Notice of Dismissal" (**No. 7**). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court **ENTERS JUDGMENT DISMISSING WITHOUT PREJUDICE** the Complaint against Defendant.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of November, 2006.

                                                      s/Jaime Pieras, Jr.
                                                      JAIME PIERAS, JR.
                                               U.S. SENIOR DISTRICT JUDGE